# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| **EMILEY BELGER,**<br><br>    Plaintiff,<br>v.<br><br>**CREDIT COLLECTION BUREAU and JOHN DOE(S) and JANE DOE(S),**<br><br>    Defendants. | Case No. _____<br><br>**NOTICE OF REMOVAL** |

Defendant Credit Collection Bureau ("CCB") gives notice of the removal of this action from the Iowa District Court for Polk County pursuant to 28 U.S.C. § 1441.

1. Plaintiff filed her Petition at Law and Jury Demand on or about May 22, 2013. A copy of the Petition was served on the Iowa Secretary of State on August 20, 2013. Defendant CCB received a copy of the Petition from the Iowa Secretary of State on September 3, 2013. Copies of the Petition and service documents are attached as Exhibit A.

2. This Notice of Removal is being timely filed within 30 days after receipt by Defendant CCB of a copy of the Petition in accordance with 28 U.S.C. § 1446(b)(1).

3. The attached Petition and service documents represent all process, pleadings, and orders served upon Defendant CCB to date in this action, as required by 28 U.S.C. § 1446(a).

4. This action is one in which this Court has original jurisdiction under 28 U.S.C. § 1331, and is an action which may be removed to this Court pursuant to 28 U.S.C. § 1441, because Plaintiff is claiming Defendant CCB violated a law of the United States, the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*

5. This action is also one in which this Court has supplemental jurisdiction under 28 U.S.C. § 1367, over Plaintiff's Iowa Debt Collection Practices Act claim, Iowa Code Section 537.7103, because the state claim is so related to the Fair Debt Collection Practices Act claim, over which this Court has original jurisdiction, that they form part of the same case or controversy under Article III of the U.S. Constitution.

6. As of the date of this Notice of Removal, Defendants John Doe(s) and Jane Doe(s) have not been identified, much less properly served and need not consent to the removal pursuant to 28 U.S.C. § 1446(b)(2)(A).

7. Notice of removal will be filed with the Clerk of the Iowa District Court for Polk County pursuant to 28 U.S.C. § 1446(d).

Wherefore, Defendant Credit Collection Bureau prays that this action be removed from the Iowa District Court for Polk County to the United States District Court for the Southern District of Iowa, Central Division.

Respectfully submitted,

/s/ Benjamin P. Roach
Benjamin P. Roach          AT0006588
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1600
Des Moines, Iowa  50309
Telephone:  (515) 283-3100
Facsimile:  (515) 283-8045
E-Mail:  bproach@nyemaster.com
ATTORNEYS FOR DEFENDANT
CREDIT COLLECTION BUREAU

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2013, I presented the foregoing to the Clerk of the Court for filing and uploading into the ECF system, which will send notification of such filing to the following:

Kenneth J. Weiland, Jr.
WEILAND LAW FIRM, P.C.
1502 30th Street, #2
Des Moines, IA  50311
Telephone:  (641) 218-9570
Email:  weilandlaw@yahoo.com

ATTORNEY FOR PLAINTIFF

/s/ Benjamin P. Roach