IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| EMILEY BELGER<br><br>Plaintiff,<br><br>v.<br><br>CREDIT COLLECTION BUREAU and JOHN DOE(S) and JANE DOE(S),<br><br>Defendant. | LAW NO. CVCV045784<br><br>PETITION AT LAW<br>and JURY DEMAND |

Plaintiff, for her Petition at Law, states:

## I. INTRODUCTION

1. This is an action for actual and statutory damages brought by Plaintiff, Emiley Belger, an individual consumer, against Defendant, Credit Collection Bureau, for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (hereinafter "FDCPA") and for violations of the Iowa Consumer Credit Code, Debt Collection Practices §537.7103 also known as the Iowa Debt Collection Practices Act (hereinafter "IDCPA"), both acts prohibit debt collectors from engaging in abusive, deceptive, and unfair practices.

## II. JURISDICTION AND VENUE

2. Plaintiff realleges and incorporates paragraph 1 of this petition.
3. The Plaintiff resides in the State of Iowa and is a resident of the County of Polk, the Defendant conducts or conducted business in the State of Iowa, and all events at issue herein occurred, at least in part, within the State of Iowa and within the County of Polk.

1


EXHIBIT A

4. Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202; and Iowa Code §537.5201.

5. Venue in Polk County is proper in that the Defendant transacts business here and the Plaintiff resides in Polk County.

### III. PARTIES

6. The Plaintiff realleges and incorporates paragraphs 1 through 5 of the Petition.

7. Plaintiff, Emiley Belger, is a natural person with a permanent residence in Johnston, Polk County, Iowa 50131.

8. Upon information and belief the Defendant, Credit Collection Bureau, is a corporation engaged in the business of collecting debt in this state and in several other states, with its principal place of business located at 410 Sheridan Lake Road, Rapid City, Pennington county, South Dakota 57709. The principal purpose of Defendant is the collection of debts in this state and several other states, and Defendant regularly attempts to collect debts alleged to be due another.

9. Defendant is engaged in the collection of debts from consumers using the mail and telephone. Defendant regularly attempts to collect consumer debts alleged to be due to another. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6) and the IDCPA, Iowa Code §537.7102.

10. The Defendants identified as John Doe and Jane Doe are Defendants who are other Collection Agents who are either separate entities from the named Defendant or who are representatives of the named Defendant but whose

2

identities are unknown at this time but who contacted the Plaintiff and engaged in the same activity referenced herein as related to the named Defendant.

## IV. FACTUAL ALLEGATIONS

11. The Plaintiff realleges and incorporates paragraphs 1 through 10 of the Petition.

12. The debt that Defendant is attempting to collect on is an alleged obligation of a consumer to pay money arising out of a transaction in which the money, property, insurance or services, which are the subject of the transaction, are primarily for personal, family, or household purposes, whether or not such obligation has been reduced to judgment.

13. Within one (1) year preceding the date of this Petition, Defendant, in connection with the collection of the alleged debt, attempted to communicate with Plaintiff at her place of employment after being informed that Plaintiff's employer does not allow such communication.

14. Within one (1) year preceding the date of this Petition, Defendant, in connection with the collection of the alleged debt, attempted to communicate with Plaintiff numerous times and with such frequency as to harass and abuse the Plaintiff.

15. Within one (1) year preceding the date of this Petition, Defendant, in connection with the collection of the alleged debt, contacted Plaintiff by leaving a voicemail communication for Plaintiff in which the Defendant did not identify that the communication was from a debt collector.

16. The natural consequences of Defendant's statements and actions were to unjustly condemn and vilify Plaintiff for her non-payment of the debt she allegedly owed.
17. The natural consequences of Defendant's statements and actions were to produce an unpleasant and/or hostile situation between Defendant and Plaintiff.
18. The natural consequences of Defendant's statements and actions were to cause Plaintiff mental distress.
19. Defendant utilized unfair and unconscionable means to collect on Plaintiff's alleged debt, by lying to and misleading Plaintiff.

## V. CLAIM FOR RELIEF/CAUSE(S) OF ACTION

20. The Plaintiff realleges and incorporates paragraphs 1 through 19 of the Petition.
21. Defendant violated the FDCPA and the IDCPA. Defendant's violations include, but are not limited to, the following:
    a. Defendant violated *§1692c(a)(1)* of the FDCPA and of the IDCPA, Iowa Code §537.7103(2)(d) by communicating at a time or place known or which should be known to be inconvenient to the Plaintiff; and
    b. Defendant violated *§1692c(a)(3)* of the FDCPA and of the IDCPA, Iowa Code §537.7103(2)(d) by communicating with the Plaintiff at the Plaintiff's place of employment when the Defendant knew or had reason to know that the Plaintiff's employer prohibits the Plaintiff from receiving such communication; and

4

c. Defendant violated *§1692d* of the FDCPA and of the IDCPA, Iowa Code §537.7103(2) by engaging in conduct the natural consequences of which is to harass, oppress, or abuse any person in connection with the collection of an alleged debt; and

d. Defendant violated *§1692d(5)* of the FDCPA and of the IDCPA, Iowa Code §537.7103(2)(d) by causing a telephone to ring or engaging any person in telephone conversation repeatedly and/or continuously with the intent to annoy, abuse or harass any person at the called number; and

e. Defendant violated *§1692e* of the FDCPA and of the IDCPA, Iowa Code §537.7103(4) by using a false, deceptive, or misleading representation or means in connection with the collection of the alleged debt; and

f. Defendant violated *§1692e(10)* of the FDCPA and of the IDCPA, Iowa Code §537.7103(4) by using false representation or deceptive means in connection with the collection of the alleged debt; and

g. Defendant violated *§1692e(11)* of the FDCPA and of the IDCPA, Iowa Code §537.7103(4)(b) by failing to disclose in a communication subsequent to the initial communication that was not a formal pleading that the communication was from a debt collector; and

h. Defendant violated *§1692f* of the FDCPA and of the IDCPA, Iowa Code §537.7103 by using unfair or unconscionable means in connection with the collection of an alleged debt.

22. Defendant's acts as described above were done intentionally with the purpose of coercing Plaintiff to pay the alleged debt.

23. As a result of the foregoing violations of the FDCPA, Defendant is liable to the Plaintiff, Emiley Belger, for declaratory judgment that Defendant's conduct violated the FDCPA, actual damages, statutory damages, and costs and attorney fees.

**WHEREFORE**, Plaintiff respectfully requests that judgment be entered against Defendant, Credit Collection Bureau, for the following:

    A.    Declaratory judgment that Defendant's conduct violated the FDCPA.

    B.    Actual damages.

    C.    Statutory damages pursuant to 15 U.S.C. § 1692k.

    D.    Costs and reasonable attorney fees pursuant to 15 U.S.C. § 1692k.

    E.    Awarding Plaintiff any pre-judgment and post-judgment interest as may be allowed under the law.

    F.    For such other and further relief as the Court may deem just and proper.

### JURY DEMAND

Plaintiff hereby demands a trial by jury.

/s/ Kenneth J. Weiland Jr.  5/21/13
Kenneth J. Weiland Jr., AT0008291
WEILAND LAW FIRM, P.C.
1502 30TH Street, #2
Des Moines, Iowa 50311
PH: (641) 218-9570
Email: weilandlaw@yahoo.com

ATTORNEY FOR PLAINTIFF

IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| EMILEY BELGER<br><br>  Plaintiff,<br><br>v.<br><br>CREDIT COLLECTION BUREAU and JOHN DOE(S) and JANE DOE(S),<br><br>  Defendant. | CVCV045784<br><br><br><br>**ORIGINAL NOTICE** |

TO THE ABOVE-NAMED DEFENDANT:

You are hereby notified that there is now on file in the office of the Clerk of Court for Polk County Iowa a Petition in the above entitled action, a copy of which Petition is attached hereto. The Plaintiff's attorney is Kenneth J. Weiland Jr., 1502 30th Street, #2, Des Moines, Iowa 50311, phone: 641-218-9570.

You are further notified that unless within sixty days after service of this Original Notice upon the Iowa Secretary of State (see attached notice for date of filing and service on the Iowa Secretary of State), you serve, and within a reasonable time thereafter file a motion or answer in the Polk County Courthouse, 500 Mulberry, Des Moines, Iowa, judgment by default may be rendered against you for the relief demanded in the Petition.

*Electronically Filed*
Clerk of the Above Court

NOTE: The attorney who is expected to represent the Defendant should be promptly advised by the Defendant of the service of this Notice.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at 515-286-3394. (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942.)

# STATE OF IOWA JUDICIARY

Case No. CVCV045784
County Polk

Case Title EMILEY BELGER V. CREDIT COLLECTION BUREAU

THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.
Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption from the court, you must file your Appearance and Answer electronically

You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM:
http://www.iowacourts.state.ia.us/Efile

FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16: http://www.iowacourts.state.ia.us/Efile

Scheduled Hearing:

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (515) 286-3394 . (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942.)

Date Issued 05/22/2013 08:47:14 AM



District Clerk of Polk County
/s/ Marci Martin

IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| EMILEY BELGER<br><br>    Plaintiff,<br><br>v.<br><br>CREDIT COLLECTION BUREAU and<br>JOHN DOE(S) and JANE DOE(S),<br><br>    Defendant. | CVCV045784<br><br><br>**NOTICE OF FILING OF SERVICE WITH THE IOWA SECRETARY OF STATE** |

To: Credit Collection Bureau
    410 Sheridan Lake Rd.
    Rapid City, SD  57709

You will take notice that an original notice of suit or process against you, a copy of which is hereto attached, was duly served upon you at Des Moines, Iowa by filing a copy of said notice or process on the 20th day of August, 2013, with the Secretary of State of the State of Iowa.

Dated at Des Moines, Iowa, this 29th day of August, 2013

The Plaintiff, Emiley Bleger, by and through the undersigned attorney:

_____
Kenneth J. Weiland Jr., AT0008291
WEILAND LAW FIRM, P.C.
1502 30TH Street, #2
Des Moines, Iowa  50311
PH: (641) 218-9570
Email: weilandlaw@yahoo.com

ATTORNEY FOR PLAINTIFF