# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| **EMILEY BELGER,** | **Civil Action No.:** 4:13-cv-00427-JEG-RAW |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT** |
| **CREDIT COLLECTION BUREAU; and DOES 1 through 10, inclusive,** | |
| Defendant. | |

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff EMILEY BELGER against Defendants CREDIT COLLECTION BUREAU; and DOES 1 through 10, inclusive, are dismissed, with prejudice. Plaintiff EMILEY BELGER and Defendants CREDIT COLLECTION BUREAU; and DOES 1 through 10, inclusive. shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: April 4, 2014

_____
JAMES E. GRITZNER, Chief Judge
U.S. DISTRICT COURT